*Please Return To Castius    Crotty, J*
*Note: Int Bearing Account*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09 MAR 2009
```

SECURITIES AND EXCHANGE
COMMISSION,

                            **Plaintiff,**

      v.

PETER S. JESSOP, ET AL.,

                            **Defendants.**

No. 05-CV-10115 (PAC)

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**



1. The Clerk of the Court shall issue a check on **CRIS** account number 05-cv-10115, under the case name designation "SEC v. Peter S. Jessop, et al.," for the amount of $1,047 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v. Peter S. Jessop, et al., 05-cv-10115; EIN 26-3386961; 2008 tax payment."

2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates
    700 Monte Vista Lane
    Half Moon Bay, CA 94019
    Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated this 9th day of March, 2009.

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE