UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 8 DEC 2009
```

SECURITIES & EXCHANGE   *
COMMISSION,
                        *
        Plaintiff,
                        *
    v.                          Case No.: 05-CV-10115 (PAC)
                        *
PETER S. JESSOP, ET AL.,
                        *
        Defendants.
                        *

*   *   *   *   *   *   *   *   *   *   *   *

### ORDER GRANTING DISTRIBUTION AGENT'S
### FIFTH REQUEST FOR PAYMENT OF FEES AND EXPENSES

The Court having reviewed the Distribution Agent's Fifth Request for Payment of Fees and Expenses, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Alan M. Grochal, Distribution Agent, be and hereby is authorized fees in the amount of $2,543.20, and reimbursement for out-of-pocket expenses in the amount of $12.46, with said fees and expenses to be paid from the Distribution Fund.

Dated this ___ day of _____, 2009.

_____
The Honorable Paul A. Crotty,
United States District Judge

#1193290v.1                             1